# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRAIG BICKERSTAFF, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendant. | Case No. 11-cv-1305-M <br><br> Hon. Vicki Miles-LaGrange |
| FRANK D. ELDRIDGE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendant. | Case No. 11-cv-1306-M |
| ROBIN L. BOOTH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendant. | Case No. 11-cv-1308-M |

| | |
|---|---|
| HARMEN ARLEN MAY, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>HALLIBURTON ENERGY<br>SERVICES, INC.,<br><br>     Defendant. | Case No. 11-cv-1309-M |
| LESLIE T. CAMPBELL, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>HALLIBURTON ENERGY<br>SERVICES, INC.,<br><br>     Defendant. | Case No. 11-cv-1311-M |
| EVELYN BERNICE SOUTHERLAND,<br><br>     Plaintiff,<br><br>vs.<br><br>HALLIBURTON ENERGY<br>SERVICES, INC.,<br><br>     Defendant. | Case No. 11-cv-1312-M |

| | |
|---|---|
| TERRY CHEEK, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>      Defendant. | Case No. 13-cv-0116-M |
| STEPHEN G. JONES, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>      Defendant. | Case No. 11-cv-1322-M |

## JOINT STIPULATION REGARDING CERTAIN CLAIMS AND DEFENSES

WHEREAS, Plaintiffs in the above-styled cases agree to voluntarily drop from their Complaints in the above-styled cases, the following claims: Strict Liability and Unjust Enrichment. As to Plaintiffs' Strict Liability claims, HESI agrees that it will not argue that any harm that might be proven could not have been prevented through the exercise of ordinary care, but does intend to argue that it did exercise ordinary care notwithstanding any harm that may have occurred.

WHEREAS, HESI agrees to file Amended Answers in each of the above-styled cases, dropping certain affirmative defenses with respect to each Plaintiff.

NOW, THEREFORE, the parties hereby stipulate and agree that Plaintiffs' claims for unjust enrichment and strict liability, and certain affirmative defenses previously pled but not included in Amended Answers filed this date, shall no longer be part of these cases.

STIPULATED AND AGREED:

 s/ Wes Johnston
Wes Johnston, OBA #13704
JOHNSTON & ASSOCIATES
118 North Fourth Street, P.O. Box "F"
Chickasha, Oklahoma  73023
Telephone: (405) 224-4000
Facsimile:  (405) 224-0003
wes@johnstonlawfirmok.com

*Attorney for Plaintiffs*

s/ Gerald P. Green
Gerald P. Green, OBA 3563
Peter L. Wheeler, OBA 12929
Robert L. Betts, OBA 21601
John C. Lennon, OBA 30149
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma  73126
Telephone: (405) 235-1611
Facsimile:  (405) 235-2904
jgreen@piercecouch.com
pwheeler@piercecouch.com
rbetts@piercecouch.com
jlennon@piercecouch.com

-and-

        R. Bruce Hurley, *pro hac vice*
        Elizabeth R. Taber, *pro hac vice*
        KING & SPALDING, LLP
        1100 Louisiana, Suite 4000
        Houston, Texas 77002
        Telephone: (713) 751-3200
        Facsimile: (713) 751-3290
        bhurley@kslaw.com

        -and-

        J. Kevin Buster, *pro hac vice*
        Carmen R. Toledo, *pro hac vice*
        KING & SPALDING, LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309-3521
        Telephone: (404) 572-4600
        Facsimile: (404) 572-5100
        kbuster@kslaw.com
        ctoledo@kslaw.com

        *Attorneys for Defendant, Halliburton Energy Services, Inc.*

## CERTIFICATE OF SERVICE

    This is to certify that on this 29th day of May, 2015, a true and correct copy of the above and foregoing was served electronically via the ECF system for the USDC for the Western District of Oklahoma, to all counsel of record.

                s/ Gerald P. Green